# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Stephen Paul Chasser        **Docket Number:**   0972 1:15CR00131

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   4/8/2015

**Original Offense:** 18 U.S.C. § 13, Assimilating North Carolina General Statute 20-138.1- Driving While Under the Influence of Alcohol, Blood Alcohol 0.08% or More (CLASS B MISDEMEANOR)

**Original Sentence:** 12 Months Probation; Mandatory Drug Testing; $10 Special Assessment; $200 Fine

**Special Conditions:**

No New Credit Without Approval
Financial Restrictions
Drug/Alcohol Assessment
Drug/Alcohol Rehabilitation Program
Community Service (24 Hours)

**Type of Supervision:**   Probation

**Date Supervision Commenced:**   4/8/2015

**Other Court Actions:**

5/12/2015:   Transfer of Jurisdiction accepted from the Eastern District of North Carolina.

6/24/2015:   Probation From 12B, Petition to Modify the Conditions of Probation with Consent of the Offender, petitioning the Court to include outpatient correctional treatment program, drug and alcohol testing, and outpatient mental health treatment due to a positive cocaine sample.

# PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse for a period of up to 90 days and up to 10 additional days for substance abuse detoxification services, if deemed necessary.

**To suspend the following Special Condition of supervision:**

> The defendant shall perform 24 hours of community service as directed by the probation officer; and if referred for placement and monitoring by the State of North Carolina, pay the required $200.00 fee.

**Justification:** On December 9, 2015, the offender was arrested by the Porterville Police Department (PPD) at approximately 10:30 p.m. after he collided with two vehicles while driving under the influence of alcohol. According to PPD reports, the offender had a blood alcohol level of 0.20%. He has a scheduled court hearing on March 7, 2016, regarding this matter.

On December 10, 2015, the day after the above-noted violation, PPD officers responded to the offender's home regarding a suicide attempt. His sister had called 911 after the offender swallowed a handful of pills while drinking alcohol. He was taken by the PPD officers to a nearby hospital and placed on a 72-hour mental health hold. Following the above incident, Ben J. Blankenship, Senior U.S. Probation Officer, met with the offender.  Mr. Blankenship was the probation officer supervising the offender at that time. The offender stated he was no longer feeling suicidal and had no suicidal ideations.

On December 28, 2015, PPD responded to the offender's residence regarding a domestic disturbance. The offender and his mother had been in an argument and his mother called 911. The offender was directed by PPD officers to stay at a friend's home for the evening. The offender told the undersigned probation officer that he was drinking alcohol at the time.

On February 4, 2016, the offender met with the undersigned probation officer to discuss placement in an inpatient correctional treatment program. During this office visit, the offender provided a urine sample which tested positive for benzodiazepines. The offender denied taking any prescription medication. The sample has been sent to the laboratory and confirmation is pending.  On this date, the offender voluntarily signed the Prob 49, Waiver of Hearing to Modify the Conditions of Probation, agreeing to reside and participate in WestCare for the remainder of his supervision.  The probation officer notes the offender will complete his probation term prior to completing this 90-day program.

Given the fact that the offender's underlying offense is alcohol related, his pending criminal matter involves a high blood alcohol level, and the two other incidents in December also involved the abuse of alcohol, it is believed the offender will benefit from an inpatient correctional treatment program where he can focus on his sobriety. If the offender fails to comply with the inpatient program, a formal petition will be submitted to the Court.

The undersigned officer is requesting that the special condition ordering community service be suspended at this time, as the offender will be in a confined treatment setting and unable to complete the remaining community service hours.

Should the court have any questions or need additional information, please do not hesitate to contact this officer.

Respectfully submitted,

**/s/ LAURA DEL VILLAR**
**Laura Del Villar**
**United States Probation Officer**
Telephone: (559) 734-0100

**DATED:** 2/5/2016

Reviewed by,

**/s/ YASMIN VILLEGAS**
**Yasmin Villegas**
**Senior United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☒ Other:  No further breaks.  Any additional violations to be handled with a formal petition

IT IS SO ORDERED.

Dated:  **February 5, 2016**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE